UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
VICKIE L WATSON
5852 RURALVIEW ROAD
GIBSONVILLE, NC  27249-8846

CASE NO. 20-10105
JUDGE BENJAMIN A. KAHN

DEBTOR

SSN(1) XXX-XX-1478

DATE: 03/16/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ABSOLUTE RESOLUTIONS INVESTMENTS LLC<br>% ABSOLUTE RESOLUTIONS CORPORATION<br>8000 NORMAN CENTER DR STE 350<br>BLOOMINGTON, MN  55437 | $6,930.73<br>INT:  .00%<br>NAME ID:  174431<br>CLAIM #:  0003 | (U) UNSECURED<br><br>ACCT:  4312<br>COMMENT:  CITIBANK |
| CAPITAL ONE NA<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355-0701 | $1,095.29<br>INT:  .00%<br>NAME ID:  135165<br>CLAIM #:  0011 | (U) UNSECURED<br><br>ACCT:  4967<br>COMMENT: |
| COMENITY BANK<br>BANKRUPTCY DEPT<br>P O BOX 182125<br>COLUMBUS, OH  43218-2125 | $0.00<br>INT:  .00%<br>NAME ID:  169851<br>CLAIM #:  0008 | (U) UNSECURED<br>NOT FILED<br>ACCT:  6545<br>COMMENT:  ULTA |
| COMENITY BANK<br>BANKRUPTCY DEPT<br>P O BOX 182125<br>COLUMBUS, OH  43218-2125 | $0.00<br>INT:  .00%<br>NAME ID:  169851<br>CLAIM #:  0009 | (U) UNSECURED<br>NOT FILED<br>ACCT:  6545<br>COMMENT:  ULTA |
| CONE HEALTH<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID:  137686<br>CLAIM #:  0010 | (U) UNSECURED<br>NOT FILED<br>ACCT:  0880<br>COMMENT: |
| CPI SECURITY SYSTEMS<br>4200 SANDY PORTER RD<br>CHARLOTTE, NC  28273 | $0.00<br>INT:  .00%<br>NAME ID:  70717<br>CLAIM #:  0022 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT:  .00%<br>NAME ID:  1159<br>CLAIM #:  0025 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $19,249.93<br>INT:  .00%<br>NAME ID:  177262<br>CLAIM #:  0002 | (U) UNSECURED<br><br>ACCT:  2273<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| LABCORP<br>P O BOX 2240<br>BURLINGTON, NC  27216 | $0.00<br>INT: .00%<br>NAME ID: 31353<br>CLAIM #: 0012 | (U) UNSECURED<br>NOT FILED<br>ACCT: 0446<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $4,437.22<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 0739<br>COMMENT: |
| MERRICK BANK<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10368<br>GREENVILLE, SC  29603-0368 | $8,531.46<br>INT: .00%<br>NAME ID: 67831<br>CLAIM #: 0014 | (U) UNSECURED<br><br>ACCT: 0794<br>COMMENT: |
| PNC BANK NA<br>P O BOX 94982<br>CLEVELAND, OH  44101 | $9,992.15<br>INT: .00%<br>NAME ID: 172700<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 5396<br>COMMENT: |
| PORTFOLIO RECOVERY<br>ATTN BANKRUPTCY<br>120 CORPORATE BLVD<br>NORFOLD, VA  23502 | $0.00<br>INT: .00%<br>NAME ID: 181116<br>CLAIM #: 0016 | (U) UNSECURED<br>NOT FILED<br>ACCT: 7246<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $11,317.57<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0007 | (U) UNSECURED<br><br>ACCT: 7246<br>COMMENT: |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA TRUST LLC<br>P O BOX 788<br>KIRKLAND, WA  98083-0788 | $380.42<br>INT: .00%<br>NAME ID: 179331<br>CLAIM #: 0004 | (U) UNSECURED<br><br>ACCT: 1124<br>COMMENT:  ANN TAYLOR |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA TRUST LLC<br>P O BOX 788<br>KIRKLAND, WA  98083-0788 | $1,852.59<br>INT: .00%<br>NAME ID: 179331<br>CLAIM #: 0005 | (U) UNSECURED<br><br>ACCT: 7978<br>COMMENT:  VICTORIA SECRET |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>P O BOX 788<br>KIRKLAND, WA  98083 | $796.14<br>INT: .00%<br>NAME ID: 132258<br>CLAIM #: 0006 | (U) UNSECURED<br><br>ACCT: 9172<br>COMMENT: NEW YPRK & CO |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>CROWN ASSET MANAGEMENT LLC<br>P O BOX 788<br>KIRKLAND, WA  98083 | $4,016.91<br>INT: .00%<br>NAME ID: 146921<br>CLAIM #: 0019 | (U) UNSECURED<br><br>ACCT: 7291<br>COMMENT:  LOWES |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>CROWN ASSET MANAGEMENT LLC<br>P O BOX 788<br>KIRKLAND, WA  98083 | $9,869.13<br>INT: .00%<br>NAME ID: 146921<br>CLAIM #: 0020 | (U) UNSECURED<br><br>ACCT: 5382<br>COMMENT:  STEIN MART |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA TRUST LLC<br>P O BOX 788<br>KIRKLAND, WA  98083-0788 | $1,416.00<br>INT: .00%<br>NAME ID: 179331<br>CLAIM #: 0023 | (U) UNSECURED<br><br>ACCT: 6545<br>COMMENT:  ULTIMATE REWARDS,1020A |

PAGE 3 - CHAPTER 13 CASE NO. 20-10105

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| SYNCHRONY BANK<br>ATTN OFFICER<br>170 W ELECTION RD STE 125<br>DRAPER, UT  84020 | $0.00<br>INT: .00%<br>NAME ID: 171983<br>CLAIM #: 0001 | (S) SECURED<br>NOT FILED<br>ACCT: 6419<br>COMMENT: OC |
| SYNCHRONY BANK<br>ATTN BANKRUPTCY DEPT<br>P O BOX 965060<br>ORLANDO, FL  32896-5060 | $0.00<br>INT: .00%<br>NAME ID: 171620<br>CLAIM #: 0018 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1331<br>COMMENT: BELK |
| SYNCHRONY BANK/JCP<br>ATTN BANKRUPTCY<br>P O BOX 956060<br>ORLANDO, FL  32896 | $0.00<br>INT: .00%<br>NAME ID: 180775<br>CLAIM #: 0017 | (U) UNSECURED<br>NOT FILED<br>ACCT: 0739<br>COMMENT: |
| VERIZON<br>BY AMERICAN INFOSOURCE<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $217.39<br>INT: .00%<br>NAME ID: 176218<br>CLAIM #: 0024 | (U) UNSECURED<br><br>ACCT: 0001<br>COMMENT: |
| WELLS FARGO BANK NA<br>P O BOX 14487<br>DES MOINES, IA  50309 | $1,341.38<br>INT: .00%<br>NAME ID: 159695<br>CLAIM #: 0021 | (U) UNSECURED<br><br>ACCT: 3346<br>COMMENT: |
| **TOTAL:** | **$81,496.31** | |
| STEVEN KENT TAYLOR ESQ<br>TAYLOR LAW OFFICE PC<br>2280 S CHURCH ST STE 203<br>BURLINGTON, NC  27215 | $3,915.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  03/16/2021                                                          OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice